

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Texas State Board of Medical Examiners
1114 Medical Arts Building
San Antonio, Texas

      Att'n:  Dr. Phil R. Russell

Gentlemen:

      Opinion No. 0-1297
      Re:  Which applicants for a license to prac-
            tice medicine in Texas will be affected
            by the requirement set out in Art. 4501,
            as amended, as to the completion of 60
            semester hours of non-medical college
            courses, and the exception set out there-
            in, in the last sentence of the first
            paragraph of the said article?

      Your request for our opinion on the question,
as above stated, has been received by this department.

      Article 4501, as amended by the Forty-sixth
Legislature, reads, in part, as follows:

      "All applicants for license to practice
medicine in this State not otherwise licensed
under the provisions of law must successfully
pass an examination by the Board of Medical Ex-
aminers.  The Board is authorized to adopt and
enforce rules of procedure not inconsistent with
the statutory requirements. Applicants to be
eligible for examination must be citizens of
the United States and must present satisfactory
evidence to the Board that they are more than
twenty-one (21) years of age, of good moral
character, who have completed sixty (60) semes-
ter hours of college courses, other than in a
medical school, which courses would be accept-
able, at time of completing same, to the Univer-
sity of Texas for credit on a Bachelor of Arts

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Degree or a Bachelor of Science Degree, and
who are graduates of bona fide reputable med-
ical schools; a reputable medical school shall
maintain a course of instruction of not less
than four (4) terms of eight (8) months each;
shall give a course of instruction in the fun-
damental subjects named in Article 4503 of the
Revised Civil Statutes of Texas of 1925, as
amended by this Act; and shall have the neces-
sary teaching force, and possess and utilize
laboratories, equipment, and facilities for
proper instruction in all of said subjects. Ap-
plications for examination must be made in writ-
ing, verified by affidavit, and filed with the
Secretary of the Board, on forms prescribed by
the Board, accompanied by a fee of Twenty-five
Dollars ($25.) All applicants shall be given
due notice of the date and place of such exam-
ination. Provided further that all students
regularly enrolled in medical schools whose
graduates are now permitted to take the medical
examination now prescribed by law in this State shall
upon completion of their medical college courses
be permitted to take the examination prescribed
herein.* ? *"

The portion of the above quoted statute, which
reads that --

"* * * Provided further that all students
regularly enrolled in medical schools whose
graduates are now permitted to take the medical
examination now prescribed by law in this State
shall upon completion of their medical college
courses be permitted to take the examination
prescribed herein,"

exempts all those students from the requirement of 60
semester hours of non-medical college courses who were
enrolled in medical schools whose graduates were per-
mitted to take the medical examination in this State
prior to the effective date of Article 4501, as amended.

You are respectfully advised that it is the
opinion of this department that all students who were

enrolled in medical schools whose graduates were permitted to take the medical examination in this state prior to the effective date of Article 4501, as amended, are exempt from the requirement of sixty (60) semester hours of non-medical college courses and that such students may take the medical examination upon the completion of their medical college courses.

Trusting that the foregoing fully answers your inquiry, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ardell Williams
Assistant

AW:ob

APPROVED SEP 26, 1939

GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY  B. V. B.
Chairman

WJT